UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.                                                                                  **Case No. 18-Cr-145**

**LISA HOFSCHULZ and**
**ROBERT HOFSCHULZ**

**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**

Based on the fact that Attorney Brent Nistler is intending to bring on co-counsel for the remainder of this case, and as of yet co-counsel is not yet exempted from the Protective Order, and also based on the anticipated trial date for this matter being far enough in the future,

IT IS HEREBY STIPULATED between the parties hereto, by the undersigned, that the Scheduling Order in the above captioned case should be modified as follows:

1. Motions must be filed by Defendants no later than December 7, 2018 (rather than the previously ordered date of October 24, 2018.)

2. Responses must be filed no later than December 21, 2018 (rather than the previously ordered date of November 7, 2018.)

3. Replies must be filed no later than December 28, 2018 (rather than the previously ordered date of November 14, 2018.)

Dated this __ Day of October, 2018.        _electronically signed by_____
                                           Zachary Corey
                                           Assistant U.S. Attorney


Dated this __ Day of October, 2018.        _electronically signed by_____
                                           Brent D. Nistler
                                           Attorney for Lisa Hofschulz


Dated this __ Day of October, 2018.        Jonathan Smith
                                           Attorney for Robert Hofschulz

Dated this ___ Day of October, 2018.

_____
Zachary Corey
Assistant U.S. Attorney

Dated this ___ Day of October, 2018.

_____
Brent D. Nistler
Attorney for Lisa Hofschulz

Dated this 24th Day of October, 2018.

_____
Jonathan Smith
Attorney for Robert Hofschulz