UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 18-CR-145

LISA HOFSCHULZ and
ROBERT HOFSCHULZ,

    Defendants.

## MOTION TO SEAL

The United State of America, by and through its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Matthew L. Jacobs, Assistant United States Attorney for said district, hereby moves this Court to permit the ex parte, under seal filing, of the United States' submission dated September 11, 2019. As a basis for this motion, the government refers the Court to those matters discussed in the above-referenced submission

Respectfully submitted this 11th day of September, 2019 at Milwaukee, Wisconsin.

                                  Respectfully submitted,
                                MATTHEW D. KRUEGER
                                United States Attorney

        By:    MATTHEW L. JACOBS
                Assistant United States Attorney