UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 18-CR-145

HOFSCHULZ et al.,

        Defendant.

## RESPONSE TO DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Matthew L. Jacobs and Julie F. Stewart, Assistant United States Attorneys, and Louis Manzo, Trial Attorney for the United States Department of Justice, hereby respectfully submits the Government's position on Defendant's Motion to Substitute Attorney (Dkt. No. 60).

The United States does not object to Defendant Lisa Hofschulz's motion to substitute Attorney Beau Brindley for Brent Nistler and James Cirincione as long as the substitution does not impact any of the deadlines, including the trial date, set by this Court on September 18, 2019 (Dkt. No. 59). During the hearing on September 18, 2019, the United States explained that it opposes any further delay of trial in this matter because, among other reasons, any such delay would be harmful to the victims and public interest in this case. This Court granted Defendant's motion for a continuance to February, but noted, on the record, that the February 18, 2020 trial date and other deadlines were firm. The United States maintains its opposition to any further delay in this case, but has no objection to Lisa Hofschulz's retention of a new attorney as long as the substitution does not create any further delay.

Dated at Milwaukee, Wisconsin, this 7th day of October, 2019.

                         MATTHEW D. KRUEGER
                         United States Attorney


By:     *s/ Julie F. Stewart*
         JULIE F. STEWART (ILBN: 6304085)
         MATTHEW L. JACOBS (WBN: 1017227)
         Assistant United States Attorneys
         Office of the United States Attorney
         Eastern District of Wisconsin
         517 East Wisconsin Avenue, Room 530
         Milwaukee, WI 53202
         Telephone: (414) 297-1700
         Fax: (414) 297-1738
         E-Mail: Julie.Stewart@usdoj.gov
                 Matthew.Jacobs2@usdoj.gov

         Louis Manzo (MABN: 688337)
         Trial Attorney
         Fraud Section
         Department of Justice
         1400 New York Ave NW
         Washington, DC 20005
         (202) 262-6570
         Louis.Manzo@usdoj.gov