UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 18 CR 145 |
| vs. | ) | |
| | ) | |
| LISA HOFSCHULZ | ) | |

## **MOTION TO FILE UNDER SEAL**

Comes now defendant LISA HOFSCHULZ, by and through attorney Beau B. Brindley, and hereby moves the court to file under seal herm motion for continuance or the withdrawal of counsel. In support, she states as follows.

An exhibit attached to the above-noted motion contains personal information regarding the undersigned counsel.

WHEREFORE, the undersigned respectfully moves this Court to file the motion for continuance or withdrawal of counsel under seal.

    Respectfully submitted,

    Lisa Hofschulz
    By:    <u>s/ Beau B. Brindley</u>

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
312.765.8878